**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

EMBRY VILLAGES S.C., LLC; CT
HOTELS, LLC; *and* DIPLOMAT CT
HOTELS, LLC,

    Defendants.

CIVIL ACTION FILE
NO. 1:26-cv-01430-VMC

[PROPOSED]
**ORDER**

Before the Court is Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that the privacy and safety interests of Plaintiff and potential victim-witnesses identified or suspected of being victims of sex trafficking outweigh the public's interest in knowing their identities. Thus, the motion is **GRANTED**.

The Court **ORDERS** that all materials, documents, pleadings, exhibits, evidence, and materials of any kind filed in this case shall refer to Plaintiff as J.H. with no other additional identifying information. The Court further **ORDERS** that all materials, documents, pleadings, exhibits, evidence, and materials of any kind filed in this case referring to any witness identified by counsel for either party as a

victim of sex trafficking or suspected victim of sex trafficking and Plaintiff's family members shall refer to those witnesses anonymously or pseudonymously.

Upon the entry of this Order, Plaintiff shall confidentially disclose her name to Defendants. Defendants shall be able to conduct discovery using Plaintiff's or witnesses' names. But for any publicly disclosed documents, the name of Plaintiff, all witnesses identified or suspected of being sex trafficking victims, and Plaintiff's family members shall be redacted or referred to only by the appropriate pseudonymous initials or by anonymous reference.

SO ORDERED this _____ day of _____, 2026.

_____
Victoria M. Calvert
United States District Judge