**Patrick J. McDonough**                                          Telephone:  770.822.0900
Email:  pmcdonough@atclawfirm.com                   Direct Dial:  678.518.6859
                                                                          Direct Fax:   770.236.9795

March 31, 2026

**VIA CM/ECF**

Honorable Victoria M. Calvert
2188 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

     Re:    *J.H. v. Embry Villages S.C., LLC, et al.*
            United States District Court for the Northern District of Georgia
            Civil Action File No.: 1:26-cv-01430-VMC

Dear Judge Calvert:

     I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- May 28, 2026 – June 9, 2026, for vacation.

     For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates.  I appreciate your consideration in this matter.

                 Very truly yours,

                 */s/ Patrick J. McDonough*

                 Patrick J. McDonough

PJM: mnw
cc:  All counsel of record via CM/ECF