## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| J.H., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:26-cv-01430-VMC |
| | ) |
| EMBRY VILLAGES S.C., LLC; | ) |
| CT HOTELS, LLC; and DIPLOMAT CT | ) |
| HOTELS, LLC, | ) |
| | ) |
|     Defendants. | ) |

## **JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff J.H. and Defendant Embry Villages S.C., LLC, by and through counsel, hereby and move the Court to grant an extension of time for Defendant Embry Villages S.C., LLC to respond to Plaintiff's Complaint and offer the Court the following:

1.  Plaintiff served Defendant Embry Villages S.C., LLC with the Summons and Complaint in this lawsuit, and Defendants must respond on or before April 13, 2026.

2.  Plaintiff and Defendant Embry Villages S.C., LLC have conferred about this case, and Plaintiff consents to Defendant Embry Villages S.C., LLC requesting an additional fourteen days to respond to the Complaint, making the new deadline April 27, 2026.

3.  Attached is a proposed order for consideration.

Respectfully submitted, this 13th day of April, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison* (with express permission to sign)
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 I Telephone
(770) 822-9680 I Facsimile

FREEMAN MATHIS & GARY, LLP

*/s/ James W. Scarbrough*
James W. Scarbrough
Georgia Bar No. 628328
James.scarbrough@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

2