# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| J.H., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:26-cv-01430-VMC |
| | ) |
| EMBRY VILLAGES S.C., LLC; | ) |
| CT HOTELS, LLC; and DIPLOMAT CT | ) |
| HOTELS, LLC, | ) |
| | ) |
|     Defendants. | ) |

## CONSENT ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff and Defendant EMBRY VILLAGES S.C., LLC's Joint Motion to Extend Time to Respond to Complaint is GRANTED. Time within which Defendant EMBRY VILLAGES S.C., LLC's may answer, move, plead or otherwise respond to Plaintiff's Complaint including, but without limiting the generality of the foregoing, file any answer, defense, objection, counterclaim, cross-claim, third-party claim or demand and defenses of any nature, is hereby extended to and through April 27, 2026.

SO ORDERED this _____ day of April, 2026.

_____
Honorable Victoria M. Calvert
Judge, United States District Court
Northern District of Georgia

Consented to by:

*/s/ Stephen Morrison*

STEPHEN D. MORRISON, III

Georgia Bar No. 700828

 *Attorney for Plaintiff*


*/s/ James W. Scarbrough*

James W. Scarbrough

Georgia Bar No. 628328

 *Attorney for Embry Hills S.C, LLC*

2