AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-01430-VMC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **CT Hotels, LLC**
was received by me on  **3/21/2026:**

☐  I personally served the **[PROPOSED] ORDER; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER; NOTICE OF APPEARANCE; PLAITNIFF'S CERTIFICATE OF INTERESTED PERSONS; SUMMONS; CIVIL COVER SHEET; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Employee Haden Estus**, who is designated by law to accept service of process on behalf of **CT Hotels, LLC** at **1360 Peachtree St NE Ste 1201, Atlanta, GA 30309** on **03/27/2026 at 2:59 PM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 153.00** for services, for a total of **$ 153.00**.

I declare under penalty of perjury that this information is true.

Date:  03/27/2026

_____
*Server's signature*

**Eugene Anthony Ross-Oliver**
*Printed name and title*

**396 Piedmont ave ne
Apt 7012
Atlanta, GA 30308**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, [PROPOSED] ORDER; PLAINTIFF'S MOTION FOR PROTECTIVE ORDER; NOTICE OF APPEARANCE; PLAITNIFF'S CERTIFICATE OF INTERESTED PERSONS; SUMMONS; CIVIL COVER SHEET; COMPLAINT,  to Employee Haden Estus who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0215553614**



Certificate Holder ID

6755-3684-0320-6831

# STATE OF GEORGIA

# ADMINISTRATIVE OFFICE OF THE COURTS

## CERTIFICATE OF COMPLETION TO

# Eugene Ross-Oliver

IN RECOGNITION OF SUCCESSFULLY PASSING THE
GEORGIA PROCESS SERVERS CERTIFICATION EXAMINATION

**February 22, 2025**

Cynthia Clanton
Director