## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| J.H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 1:26-cv-01430-VMC |
| | ) | |
| EMBRY VILLAGES S.C., LLC; | ) | |
| CT HOTELS, LLC; and DIPLOMAT CT | ) | |
| HOTELS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT EMBRY VILLAGES S.C., LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant s moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiff's Complaint against it for failure to state a claim upon which relief can be granted.

This motion is directed solely to Plaintiff's claims against Embry Villages S.C., LLC, who is the out of possession commercial landlord of property that formerly was a Motel 6 that was leased by Diplomat CT Hotels, LLC. The Complaint is a shotgun pleading that fails to state a claim upon which relief may be granted pursuant to the TVPRA, Masha's Law or state law claims of nuisance. The Complaint fails to contain any factual allegations that demonstrate how a commercial out of possession landlord can be held responsible for sex trafficking at a hotel operated by a tenant.

The Complaint's allegations as to Embry Villages S.C., LLC., do not establish how an out of possession landlord of commercial property can be held liable for the claims asserted.  The only factual allegations relate to the staff of the Motel 6, which is operated by the tenant. Stripped of legal conclusions and conclusory characterizations, the allegations of the Complaint and the attached lease agreements show that no shared legal risks or profits are alleged and that the lease payments received by Embry Villages S.C., LLC., are the ordinary-transaction scenario *AG/GW* expressly holds is not participation in a venture. The grounds for this motion are set out fully in the accompanying Brief in Support, incorporated herein by reference.

Attached hereto are:

1. Exhibit A – Lease Agreement;

2. Exhibit B – First Amendment to Lease;

3. Exhibit C – Change of Landlord;

4. Exhibit D – First (*sic*) Amendment to Lease; and

5. Exhibit E – Third Amendment to Lease.

Respectfully submitted, this 27th day of April, 2026.

2

3

FREEMAN MATHIS & GARY, LLP

By:*/s/ James W. Scarbrough*
 James W. Scarbrough
 Georgia Bar No. 628328
 James.scarbrough@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April 2026, my office electronically filed the foregoing *Motion to Dismiss and the accompanying Brief in Support* with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

FREEMAN MATHIS & GARY, LLP


*/s/ James W. Scarbrough*
James W. Scarbrough
Georgia Bar No. 628328
James.scarbrough@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339