FIRST AMENDMENT TO LEASE

This First Amendment to Lease is made and entered into as of *October 25, 2005* ~~the date last signed below~~, by and between Diplomat CT Hotels, LLC, the Lessee, R. C. Patel, the Guarantor and WB Embry, LLC, the Lessor, (hereinafter collectively, "The Parties").

WHEREAS, WB Embry, LLC is the current owner of the Premises, Off Premises Signs, Off Premises Storage Room and Personal Property which are the subject of an agreement entitled the "Lease", which was entered into on February 4, 1999 between Diplomat CT Hotels, LLC and Embry Development Company, Inc. (hereinafter the "Lease");

WHEREAS, WB Embry, LLC is the successor in interest, regarding the Lease, to the interests of Embry Development Company, Inc.;

WHEREAS, WB Embry, LLC is legally the Lessor under the Lease;

WHEREAS, the Lease commenced on March 1, 1999, has a lease term of fifteen (15) years, and certain renewal options available to the Lessee;

WHEREAS, the Lessor has expressed an interest in obtaining from the Lessee and the Guarantor, and the Lessee and the Guarantor have together expressed an interest in making available to the Lessor, an option to terminate the Lease (hereinafter, the "Option to Terminate Lease") for a period of time not to exceed twelve (12) months from the date of this First Amendment to Lease; and

WHEREAS, The Parties now desire to amend and modify the Lease in certain respects, as more particularly set forth below:

NOW, THEREFORE, in consideration of the sum of one dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, The Parties do hereby agree as follows:

1. Lessor shall have the option, but not the obligation, to provide the Lessee and the Guarantor with written notice of Lessor's intent to exercise the Option to Terminate Lease. Lessor's right to provide the Lessee and the Guarantor written notice of it's intent to exercise the Option to Terminate Lease shall expire on October 31, 2006. Said written notice shall include the specific date the Lease shall be terminated (hereinafter the "Termination Date").

2. The Lessor's written notice of its intent to exercise the Option to Terminate Lease shall provide a minimum of Thirty (30) days advance notice of the Termination Date, provided however the Termination Date must be set to occur on or before February 28, 2007.

3. In partial consideration for the Lessee and the Guarantor executing this First Amendment to Lease, if and only if the Lessor exercises the Option to Terminate Lease, by providing written notice to the Lessee and Guarantor of that election, the Lessor shall simultaneously deposit in the bank account designated in writing, by the Lessee to the Lessor, by wire transfer to the order of the Lessee, the sum of ██████████████ ($████):

4. In partial consideration for the Lessee and the Guarantor executing this First Amendment to Lease, if and only if the Lessor elects to exercise the Option to Terminate Lease, by providing written notice to the Lessee and Guarantor of that election, the Lessor shall, Seven (7) days prior to the Termination Date, deposit in the bank account designated in writing, by the Lessee to the Lessor, by wire transfer to the order of the Lessee, the sum of ██████████████ ($██████):

5. In partial consideration for the Lessee and the Guarantor executing this First Amendment to Lease, if and only if the Lessor elects to exercise the Option to Terminate Lease, by providing written notice to Lessee and Guarantor of that election and by depositing the sum of ██████████ ($████) as set forth above in Paragraph 3, should the Lessor fail to deposit the ██████████████ ($██████) as set forth above in Paragraph 4, on or prior to February 21, 2007, then the Lessee shall have no duty to make any rental payments, or additional rental payments that may due from Lessee's annual sales exceeding ██████████████ ██████████ ($██████), for the period beginning March 1, 2007 and ending February 28, 2008.

6. In partial consideration for the Lessee and the Guarantor executing this First Amendment to Lease, if and only if the Lessor elects to exercise the Option to Terminate Lease by providing written notice to the Lessee and Guarantor of that election, then, upon date of said notice, the Personal Property as described in Exhibit D of the Lease, shall become the property of the Lessee. The Lessor shall execute all appropriate documentation necessary to evidence such transfer of ownership of the Personal Property. The Lessee shall be responsible for the removal of the Personal Property from the Premises and the Off Premises Storage Room prior to the Termination Date. Any Personal Property not removed by the Termination Date shall be deemed to have been abandoned by the Lessee, possession and ownership of said abandoned Personal Property shall then immediately revert to the Lessor and the Lessor shall have the right to dispose of any such abandoned Personal Property.

7.    Lessor hereby agrees to provide the Guarantor written, progress reports, every thirty (30) days the First Amendment to Lease remains in effect, detailing Lessor's efforts to redevelop the Premises.  The written, progress report shall be commercially reasonable.

8.    The Lessor, as set forth in this First Amendment to Lease, represents and warrants that it is the owner of the Premises, Off Premises Signs, Off Premises Storage Room, and Personal Property described in the Lease and that it is the Lessor under the Lease amended by this First Amendment to the Lease.  More specifically, it is the successor in interest to Embry Development Company, Inc. regarding the Lease.

9.    All notices between The Parties with regard to this First Amendment to Lease shall be in writing.  All notices shall be sent by Federal Express, priority overnight delivery.  Any notice which is sent by The Parties in connection with the First Amendment to Lease shall be deemed to have been delivered on the date Federal Express first attempts to deliver the notice to the recipient, even if the recipient rejects the delivery.

10.    Except as expressly set forth herein, the Lease remains unmodified and unchanged.

11.    To the extent the terms and provisions of this First Amendment to Lease conflict with the terms and provisions of the Lease, the terms and provisions of this First Amendment to Lease shall govern and control.

IN WITNESS WHEREOF, the Lessor, the Lessee and the Guarantor have executed this First Amendment to Lease effective the day and year first written above.

LESSOR:

Signed, sealed and delivered as
to Lessor, in the presence of:

WB EMBRY, LLC

By: _____

_____
Notary Public Signature

Printed Name:  Steven J. Maxwell
Its:  President

_____
Notary Public:  Print

Notary Public, _____ County,
Georgia

My Commission Expires on _____

Notary Public, Cobb County, Georgia
My Commission Expires Sept. 13, 2026

Signed, sealed and delivered as
to Lessee, in the presence of:

_____
Notary Public Signature

_____
Notary Public:  Print

Notary Public, DEKALB County,
Georgia

My Commission Expires on SEPT 14, 2008

LESSEE:

DIPLOMAT CT HOTELS, LLC

By: _____
Printed Name: R. C. Patel
Its: General Member

Signed, sealed and delivered as
to Guarantor, in the presence of:

_____
Notary Public Signature

_____
Notary Public:  Print

Notary Public, ___DEKALB___ County,
Georgia

My Commission Expires on SEPT 14, 2008

GUARANTOR:

R.C. PATEL

By: _____
An Individual