**WB EMBRY OF DELAWARE, LLC**
c/o Maxwell Properties
6017 Sandy Springs Circle
Atlanta, GA 30328

February 22 , 2007

Days Inn
Dimlomat CT Hotels                ("Tenant")
2100 Parklake Drive, NE, Suite A
Atlanta, GA 30345

    Re:    **Sale of Embry Village Shopping Center, Atlanta, Georgia**

Dear Sir or Madam:

    Please be advised that your landlord has this day sold the above referenced shopping center to Embry Village S.C., LLC. Federal Employer Identification Number _____. Please send all sums pursuant to your lease to: [_____, c/o] Kimco Realty Corporation, 3333 New Hyde Park Road, P.O. Box 5020, New Hyde Park, New York 11042-0020.

    Rent is due and payable on the first day of each month in advance. This is the only notice you will receive since Purchaser does not send monthly statements. Please also note that, in the future, all formal notices which you may desire to give to your new landlord should be addressed as follows: c/o Kimco Realty Corporation, P.O. Box 5020, 3333 New Hyde Park Road, New Hyde Park, New York 11042-0020 (Telephone (516) 869-9000).

    Please note that you should contact your insurance broker and notify them to send to Kimco Realty Corporation, P.O. Box 5020, 3333 New Hyde Park Road, New Hyde Park, New York 11042-0020, a revised certificate of insurance replacing the former owner as the additional named insured with that of Embry Village S.C., LLC as the additional named insured and all communications to your landlord should be sent to the P.O. Box 5020 address. Please note the attached list of contact people should you have any questions.

Very truly yours,

**WB EMBRY OF DELAWARE, LLC**

By:_____
    Steven J. Maxwell, Manager

**CONSENTED TO:**

**EMBRY VILLAGE S.C., LLC,**
a Delaware limited liability company

By:    Embry Village Holdco, LLC,
    a Delaware limited liability company,
    its sole member
By:    Kimco Embry Village 1576, Inc.,
    a Delaware corporation,
    its sole member

By:_____
Name:    Edward Senenman
Its:    Vice President

536869.1