**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

EMBRY VILLAGES S.C., LLC; CT
HOTELS, LLC; *and* DIPLOMAT CT
HOTELS, LLC,

    Defendants.

**Civil Action No. 1:26-cv-01430-VMC**

## NOTICE OF ISSUING SUBPOENA

PLEASE TAKE NOTICE that Plaintiff J.H., by and through the undersigned

counsel has on this date issued a subpoena to non-party DeKalb County District

Attorney's office. A true and correct copy of the subpoena has been served as

follows:

By U.S. Mail on the registered agent:

Defendant CT Hotels, LLC
c/o Brian M. Knight, Registered Agent
1360 Peachtree Street NE, Suite 1201
Atlanta, GA 30309

Defendant Diplomat CT Hotels, LLC
c/o Brian M. Knight, Registered Agent
1360 Peachtree Street NE, Suite 1201
Atlanta, GA 30309

By electronic mail upon agreement of the parties:

Defendant Embry Villages S.C., LLC
James.scarbrough@fmglaw.com

[*Signature on following page.*]

This 8th day of May, 2026.

ANDERSEN, TATE & CARR, P.C.


/s/ Stephen Morrison
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*



One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## <u>CERTIFICATE OF COMPLIANCE</u>

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile