# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

J.H.,

    Plaintiff,

v.

EMBRY VILLAGES S.C., LLC; CT
HOTELS, LLC; *and* DIPLOMAT CT
HOTELS, LLC,

    Defendants.

**No. 1:26-cv-01430-VMC**

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANT EMBRY VILLAGES S.C., LLC

COME NOW, Plaintiff J.H., by and through the undersigned counsel, and Defendant Embry Villages, S.C., LLC, and jointly move the court to dismiss <u>without prejudice</u> her claims against only Defendant Embry Villages S.C., LLC. Defendant Embry Villages consents to the relief sought herein.[1]

Plaintiff's motion should be granted. Federal Rule of Civil Procedure 41(a)(2) provides that an action "may be dismissed at the plaintiff's request by court order, on terms that the court considers property." "A district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2), Fed. R.

---

[1] Defendants CT Hotels, LLC, and Diplomat CT Hotels, LLC, have been served, (ECF Docs. 13–14.), but no attorney has appeared on their behalf. Accordingly, Plaintiff was unable to confer with these parties.

Civ. P." *Airas v. Cameron*, 776 F.3d 1262, 1268 (11th Cir. 2015). "Generally speaking, a motion for voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice other than the mere prospect of a second suit." *Id.* Here, Defendant Embry Villages consents to dismissal and there is a pending motion to dismiss that party.[2] (ECF Doc. 16.) In the absence of prejudice, Plaintiff's motion to dismiss without prejudice his complaint solely against Embry Villages should be granted.

A proposed order is provided herewith for the Court's consideration.

[*Signatures on following page.*]

---

[2] Plaintiff does not concede that Embry Village's motion to dismiss has merit or that Plaintiff's complaint should be dismissed on grounds raised therein. Plaintiff expressly reserves the right to oppose any future motions on the same or other grounds. Further, Plaintiff argues that due to the parties' consent to dismissal without prejudice that the Court should extend any deadlines for Plaintiff to respond to Embry Villages's motion to dismiss pending a decision on the motion to dismiss without prejudice and to deny that motion as moot in the event the Court grants Embry Villaegs's motion.

Respectfully submitted,

This 11th day of May, 2026.

**FREEMAN MATHIS & GARY, LLP**

/s/ James W. Scarbrough
(by permission)

James W. Scarbrough
Georgia Bar No. 628328
James.scarbrough@fmglaw.com
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

*Attorney for Defendant Embry Villages S.C., LLC*

**ANDERSON, TATE & CARR, P.C.**

/s/ Stephen Morrison

STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

This 11th day of May, 2026.

ANDERSON, TATE & CARR, P.C.

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com

*Attorney for Plaintiff*

4

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document has been served upon the parties as follows:

By U.S. Mail on the registered agent:

Defendant CT Hotels, LLC
c/o Brian M. Knight, Registered Agent
1360 Peachtree Street NE, Suite 1201
Atlanta, GA 30309

Defendant Diplomat CT Hotels, LLC
c/o Brian M. Knight, Registered Agent
1360 Peachtree Street NE, Suite 1201
Atlanta, GA 30309

And by notice of electronic filing upon all other parties utilizing the Court's CM/ECF system.

This 11th day of May, 2026.

**ANDERSEN, TATE & CARR, P.C.**

/s/ Stephen Morrison
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
*Attorney for Plaintiff*

5