**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

EMBRY VILLAGES S.C., LLC; CT
HOTELS, LLC; *and* DIPLOMAT CT
HOTELS, LLC,

    Defendants.

**No. 1:26-cv-01430-VMC**

**[PROPOSED]**
ORDER

Before the Court is Plaintiff J.H.'s and Defendant Embry Villages, S.C., LLC's, joint motion to dismiss without prejudice Defendant Embry Villages S.C., LLC. (Also pending before the Court is Defendant Embry Villages' motion to dismiss Plaintiff's complaint. ECF Doc. 16.) Upon consideration, and for the reasons stated in the motion and for cause shown, Plaintiff's motion to dismiss without prejudice is GRANTED and Defendant Embry Villages, S.C., LLC's motion to dismiss (ECF Doc. 16) is DENIED AS MOOT. Defendant Embry Villages S.C., LLC, is hereby dismissed without prejudice.

SO ORDERED this ___ day of May, 2026.

 

_____
HON. VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE