**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

EMBRY VILLAGES S.C., LLC; CT
HOTELS, LLC; *and* DIPLOMAT CT
HOTELS, LLC,

    Defendants.

**No. 1:26-cv-01430-VMC**

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT EMBRY VILLAGES S.C., LLC'S MOTION TO DISMISS

COMES NOW, Plaintiff J.H., by and through the undersigned counsel, and moves the Court for an extension of seven (7) days, through and including May 18, 2026, to oppose or otherwise respond to the motion to dismiss filed by Defendant Embry Villages S.C., LLC (ECF Doc. 16.). Upon conferring, Plaintiff reports that Defendant Embry Villages consents to the relief sought herein.[1]

Plaintiff's motion should be granted. Upon a showing of "good cause," a court may extend the time for performing an act, including responding to a motion, when a motion is made "before the original time or its extension expires[.]" *See* FED. R.

---

[1] Defendants CT Hotels, LLC, and Diplomat CT Hotels, LLC, have been served, (ECF Docs. 13–14.), but no attorney has appeared on their behalf. Accordingly, Plaintiff was unable to confer with these parties.

CIV. P. 6(b)(1)(A). Here, Plaintiff J.H. makes this motion prior to the expiration of the deadline to respond to Defendant Embry Villages S.C., LLC's motion to dismiss (May 11, 2026). *See* LR 7.1(B), NDGa. The parties also filed a joint motion pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss without prejudice Defendant Embry Villages S.C., LLC. (*See* ECF Doc. 19.) While the Court's ruling on the parties' joint motion is pending, Plaintiff J.H. moves the Court to extend the deadline for Plaintiff's response so as to preserve Plaintiff's right to respond in opposition thereto should that be required. Further, Defendant Embry Villages consents to Plaintiff's requested relief for an extension. For good cause shown, Plaintiff's motion for an extension of seven days through and including May 18, 2026, should be granted.

A proposed order is provided herewith for the Court's consideration.

*[Signature on following page.]*

Respectfully submitted,

This 11th day of May, 2026.

**ANDERSON, TATE & CARR, P.C.**

*/s/ Stephen Morrison*

STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

*Attorneys for Plaintiff*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

This 11th day of May, 2026.

**ANDERSON, TATE & CARR, P.C.**

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com

*Attorney for Plaintiff*

4

# <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing document has been served upon the parties as follows:

By U.S. Mail on the registered agent:

Defendant CT Hotels, LLC
c/o Brian M. Knight, Registered Agent
1360 Peachtree Street NE, Suite 1201
Atlanta, GA 30309

Defendant Diplomat CT Hotels, LLC
c/o Brian M. Knight, Registered Agent
1360 Peachtree Street NE, Suite 1201
Atlanta, GA 30309

And by notice of electronic filing upon all other parties utilizing the Court's CM/ECF system.

This 11th day of May, 2026.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
*Attorney for Plaintiff*

5