**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

EMBRY VILLAGES S.C., LLC; CT
HOTELS, LLC; *and* DIPLOMAT CT
HOTELS, LLC,

    Defendants.

**No. 1:26-cv-01430-VMC**

**[PROPOSED]
ORDER**

Before the Court is Plaintiff J.H.'s motion for an extension of seven (7) days to oppose or otherwise respond to Defendant Embry Villages S.C., LLC's motion to dismiss (ECF Doc. 16.). Upon consideration, and for the reasons stated in the motion and for good cause shown, Plaintiff's motion is GRANTED. Plaintiff J.H. shall have through and including May 18, 2026, to oppose or otherwise respond to Defendant Embry Villages S.C., LLC's motion.

    SO ORDERED this ___ day of May, 2026.

                               _____
                               HON. VICTORIA M. CALVERT
                               UNITED STATES DISTRICT JUDGE