**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

CT HOTELS, LLC and DIPLOMAT
CT HOTELS, LLC,

    Defendants.

CIVIL ACTION FILE NO.
1:26-cv-01430-VMC

**ACKNOWLEDGMENT OF SERVICE BY
DEFENDANTS CT HOTELS, LLC AND DIPLOMAT CT HOTELS, LLC**

COME NOW, Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC, and hereby acknowledge service of process of the Summons and Complaint in this action as of May 14, 2026.  All defenses to service of process are waived.  All other defenses are preserved.

By agreement of counsel for Plaintiff, J.H., CT Hotels, LLC and Diplomat CT Hotels, LLC shall have through and including June 30, 2026, to file their Answers or otherwise respond to the Complaint.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 14th day of May, 2026.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Georgia Bar No. 475388
Keillor A. Johnston
Georgia Bar No. 995008

3344 Peachtree Rd. NE
Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
Facsimile: 404-875-9433
smashelkar@wwhgd.com
kjohnston@wwhgd.com

*Counsel for CT Hotels, LLC and Diplomat CT Hotels, LLC*

## **RULE 7.1D CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE**

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Georgia Bar No. 475388

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will automatically send email

notification of such filing to the following attorneys of record:

Stephen D. Morrison, III
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
Anderston, Tate & Carr, P.C.
One Sugarloaf Center
1960 Satellite Boulevard, Suite 4000
Duluth, GA 300987
smorrison@atclawfirm.com
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

This 14th day of May, 2026.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Shubhra R. Mashelkar*
Shubhra R. Mashelkar
Georgia Bar No. 475388
Keillor A. Johnston
Georgia Bar No. 995008

*Counsel for CT Hotels, LLC and Diplomat CT Hotels, LLC*

3344 Peachtree Rd. NE
Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
Facsimile: 404-875-9433
smashelkar@wwhgd.com
kjohnston@wwhgd.com

4