## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

J.H.,                                )
                                     )
        Plaintiff,                   )
                                     )          CIVIL ACTION FILE
    v.                               )          NO. 1:26-cv-01430-VMC
                                     )
CT HOTELS, LLC, and DIPLOMAT )
CT HOTELS, LLC,                      )
                                     )
        Defendants.                  )

### DEFENDANTS CT HOTELS, LLC AND DIPLOMAT CT HOTELS, LLC'S MOTION TO DISMISS CERTAIN CLAIMS

COME NOW, Defendant CT Hotels, LLC and Diplomat CT Hotels, LLC (hereinafter "Defendants") in the above-styled action, and pursuant to FED. R. CIV. P. 12(b)(6), move this Court to dismiss Plaintiff's claims for statutory liability under 18 U.S.C. § 2255, public nuisance, and public nuisance *per se* because Plaintiff has failed to sufficiently state claims upon which relief could be granted. In support of their Motion, Defendants have filed, contemporaneously herewith, their Brief In Support of their Motion to Dismiss.

Respectfully submitted, this 30th day of June, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:    */s/ Kori E. Wagner*
       KORI E. WAGNER
       Georgia Bar No.: 155438
       MARISSA H. MERRILL

-2-

Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants CT Hotels,*
*LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Kori E. Wagner*
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-3-

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of June, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing ***Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC's Motion to Dismiss Certain Claims*** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:   ***/s/ Kori E. Wagner***
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendants CT Hotels,*
      *LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4906-8490-5401, v. 1