# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

J.H.,                                              )
                                                   )
    Plaintiff,                                 )
                                                   )      CIVIL ACTION FILE
    v.                                         )      NO. 1:26-cv-01430-VMC
                                                   )
CT HOTELS, LLC, and DIPLOMAT )
CT HOTELS, LLC,                                    )
                                                   )
    Defendants.                                )

## <u>DEFENDANTS CT HOTELS, LLC AND DIPLOMAT CT HOTELS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

COME NOW, Defendant CT Hotels, LLC and Diplomat CT Hotels, LLC (hereinafter "Defendants") by and through the undersigned counsel, and pursuant to Northern District of Georgia Local Rule 3.3, submits this Certificate of Interested Persons and Corporate Disclosure Statement by showing the Court as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff J.H.;

- Defendant CT Hotels, LLC;

- Defendant Diplomat CT Hotels, LLC;

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Plaintiffs' counsel's firm Andersen, Tate, & Carr, P.C.;

- Plaintiffs' counsel Patrick J. McDonough;

- Plaintiffs' counsel Stephen D. Morrison, III;

- Plaintiffs' counsel Jonathan S. Tonge;

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Plaintiffs:

Patrick McDonough
Stephen D. Morrison, III
Jonathan S. Tonge
1960 Satellite Boulevard, Suite 400
Duluth, Georgia 30097
Tel: 770.822.0900

Defendants:

Kori E. Wagner, Esq.
Marissa H. Merrill, Esq.
Tracy A. Gilmore, Esq.
1420 Peachtree Street, NE, Suite 800

Atlanta, Georgia 30309
Tel: 404.874.8800

Respectfully submitted, this 30th day of June, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:    */s/ Kori E. Wagner*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants CT Hotels,*
*LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-3-

## <u>CERTIFICATE OF COMPLIANCE</u>

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ **Kori E. Wagner***
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-4-

-5-

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of June, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing ***Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC's Certificate of Interested Persons and Corporate Disclosure Statement*** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Kori E. Wagner*
    KORI E. WAGNER
    Georgia Bar No.: 155438
    MARISSA H. MERRILL
    Georgia Bar No. 216039
    TRACY A. GILMORE
    Georgia Bar No. 633193
    *Attorneys for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4897-0691-0905, v. 1

-5-