**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| J.H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:26-cv-01430-VMC |
| | ) | |
| EMBRY VILLAGES, S.C., LLC, | ) | |
| CT HOTELS, LLC, and DIPLOMAT | ) | |
| CT HOTELS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR
DEFENDANT**
_____

COME NOW, MARISSA H. MERRILL and TRACY A. GILMORE of the law firm of Swift, Currie, McGhee & Hiers, LLP and file this notice of appearance as additional counsel of record for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC. Kori E. Wagner of Swift, Currie, McGhee & Hiers, LLP will remain as lead counsel for these Defendants.  It is requested that the Clerk of the Court and all parties and their counsel send all future pleadings, orders, and notices as follows:

Kori E. Wagner
Marissa H. Merrill
Tracy A. Gilmore

Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

Respectfully submitted, this 1st day of July, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Marissa H. Merrill*
By:   */s/ Tracy A. Gilmore*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

-3-

## CERTIFICATE OF COMPLIANCE

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

SWIFT, CURRIE, McGHEE & HIERS

By: */s/ Marissa H. Merrill*

By: */s/ Tracy A. Gilmore*
KORI E. WAGNER
Georgia Bar No.: 155438
MARISSA H. MERRILL
Georgia Bar No. 216039
TRACY A. GILMORE
Georgia Bar No. 633193
*Attorneys for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 1st day of July, 2026, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing *Notice of Appearance of Additional Counsel for Defendants* by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*
By:  */s/ Tracy A. Gilmore*
      KORI E. WAGNER
      Georgia Bar No.: 155438
      MARISSA H. MERRILL
      Georgia Bar No. 216039
      TRACY A. GILMORE
      Georgia Bar No. 633193
      *Attorneys for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4347
(404) 874-8800
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4919-2615-6473, v. 1

-4-