**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

CT HOTELS, LLC; *and* DIPLOMAT
CT HOTELS, LLC,

    Defendants.

**No. 1:26-cv-01430-VMC**

<u>**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS CT HOTELS, LLC AND DIPLOMAT CT HOTELS,
LLC'S MOTION TO DISMISS CERTAIN CLAIMS**</u>

COMES NOW, Plaintiff J.H., by and through the undersigned counsel, and moves the Court for an extension of seven (7) days, through and including July 21, 2026, to oppose or otherwise respond to the Motion to Dismiss Certain Claims filed by Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC (ECF Doc. 25). Upon conferring, Plaintiff reports that Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC consent to the relief sought herein.

Plaintiff's motion should be granted. Upon a showing of "good cause," a court may extend the time for performing an act, including responding to a motion, when a motion is made "before the original time or its extension expires[.]" *See* FED. R. CIV. P. 6(b)(1)(A). Here, Plaintiff J.H. makes this motion prior to the expiration of

the deadline to respond to CT Hotels, LLC and Diplomat CT Hotels, LLC's Motion

to Dismiss Certain Claims (July 14, 2026). *See* LR 7.1(B), NDGa. Defendants CT

Hotels, LLC and Diplomat CT Hotels, LLC consent to Plaintiff's requested relief

for an extension. For good cause shown, Plaintiff's motion for an extension of seven

days through and including July 21, 2026, should be granted.

A proposed order is provided herewith for the Court's consideration.

[*Signature on following page.*]

2

Respectfully submitted,

This 13th day of July, 2026.

**ANDERSON, TATE & CARR, P.C.**

*/s/ Stephen Morrison*

STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

*Attorneys for Plaintiff*

3

## <u>CERTIFICATE OF COMPLIANCE</u>

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

This 13th day of July, 2026.

**ANDERSON, TATE & CARR, P.C.**

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com

*Attorney for Plaintiff*

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing has been served to counsel

of record for all parties by using the Court's CM/ECF system:


Kori E. Wagner
Marissa H. Merrill
Tracy A. Gilmore
SWIFT, CURRIE, McGHEE & HEIRS
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com
*Attorneys for Defendants CT Hotels, LLC*
*and Diplomat CT Hotels. LLC*


This 13th day of July, 2026.

**ANDERSEN, TATE & CARR, P.C.**


*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
*Attorney for Plaintiff*