**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

    Plaintiff,

v.

CT HOTELS, LLC, *and* DIPLOMAT
CT HOTELS, LLC,

    Defendants.

**No. 1:26-cv-01430-VMC**

**[PROPOSED]
ORDER**

Before the Court is Plaintiff J.H.'s motion for an extension of seven (7) days to oppose or otherwise respond to Defendants CT Hotels, LLC, and Diplomat Hotels, LLC Motion to Dismiss Certain Claims (ECF Doc. 25). Upon consideration, and for the reasons stated in the motion and for good cause shown, Plaintiff's motion is GRANTED. Plaintiff J.H. shall have through and including July 21, 2026, to oppose or otherwise respond to Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC's motion.

SO ORDERED this ___ day of July, 2026.

 

_____
HON. VICTORIA M. CALVERT
UNITED STATES DISTRICT JUDGE