**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

     Plaintiff,

v.

CT HOTELS, LLC and DIPLOMAT
CT HOTELS, LLC,

     Defendants.

CIVIL ACTION FILE NO.
1:26-cv-01430-VMC

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

COMES NOW the undersigned Kori Wagner, Marissa Merrill and Tracy Gilmore of the law firm Swift Currie McGhee & Hiers LLP, and hereby notifies the Court and counsel that they are substituting in place of Shubhra R. Mashelkar and Keillor A. Johnston, of the firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, as counsel for Defendants CT Hotels, LLC and Diplomat CT Hotels, LLC in the above-captioned civil action.

Counsel requests that notice of all court appearances, motions, pleadings, and other filings be served on the undersigned at the following address:

Kori E. Wagner
Marissa H. Merrill
Tracy A. Gilmore
SWIFT CURRIE MCGHEE & HIERS LLP
1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
T: (404) 874-8800
F: (470) 600-5990
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

Respectfully submitted this 15th day of July, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Marissa H. Merrill*
      Kori E. Wagner
      Georgia State Bar No. 155438
      Marissa H. Merrill
      Georgia State Bar No. 216039
      Tracy A. Gilmore
      Georgia State Bar No. 633193
      *Counsel for Defendants*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.888.6162
Fax:   404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

2

## RULE 7.1D CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

SWIFT, CURRIE, McGHEE & HIERS

By:   */s/ Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Stephen D. Morrison, III
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSTON, TATE & CARR, P.C.
One Sugarloaf Center
1960 Satellite Boulevard, Suite 4000
Duluth, GA 300987
smorrison@atclawfirm.com
pmcdonough@atclawfirm.com
jwebster@atclawfirm.com
*Counsel for Plaintiff*

This 15th day of July, 2026.

SWIFT, CURRIE, McGHEE & HIERS

By:  */s/ Marissa H. Merrill*
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Counsel for Defendants*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199

4

5

kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com
4933-1795-3469, v. 1