**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.,

     Plaintiff,

v.

CT HOTELS, LLC; *and* DIPLOMAT
CT HOTELS, LLC,

     Defendants.

**Civil Action No. 1:26-cv-01430-VMC**

## <u>CONSENT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER</u>

COMES NOW, Plaintiff J.H., by and through the undersigned counsel, and moves the Court for entry of a consented-to protective order relating to the production of documents by non-party witness DeKalb County District Attorney ("DeKalb DA"), attached hereto as **Exhibit A**. Upon conferring with counsel for Defendants CT Hotels, LLC, and Diplomat CT Hotels, LLC, and counsel for non-party witness DeKalb DA, the undersigned represents that the foregoing parties consent to the relief sought herein.[1] In support, Plaintiff further states as follows.

On March 16, 2026, Plaintiff J.H. filed a complaint alleging various civil causes of action against Defendants arising from her illegal sex trafficking at

---

[1] On May 11, 2026, this Court dismissed without prejudice Defendant Embry Villages, S.C., LLC, who is no longer a party to this action.

Defendants' hotel. *See generally* Doc. 1. On May 8, 2026, Plaintiff J.H. issued a subpoena to non-party DeKalb County District Attorney for certain files relating to a pending criminal action Plaintiff believes to be relevant to Plaintiff's sex trafficking, *Georgia v. Terrance Lamar Jones*, Case No. 17CR1163 (DeKalb County Superior Ct.). Doc. 18. (Notice of Issuing Subpoena to non-party DeKalb County District Attorney). Upon receipt of Plaintiff's subpoena, DeKalb DA and Plaintiff engaged in negotiations regarding the production of responsive documents, all of which related to or concerned the still-pending criminal action. To protect the integrity of the pending criminal case, DeKalb DA requested that responsive documents be produced subject to an agreed-upon protective order. After conferring, the parties have agreed upon a protective order suitable to protect non-party DeKalb DA's interests while also facilitating discovery allowed by the federal rules, *see* **Exhibit A**.

Good cause for entering a protective order exists. The Court may enter an appropriate protective order for "good cause." FED. R. CIV. P. 26(c)(1). DeKalb DA informs that the criminal action relating to the responsive documents in DeKalb DA's possession is still an active criminal file because the defendant is subject to an outstanding bench warrant. As a result, the only way to protect the integrity of the pending criminal investigation and prosecution is to implement certain procedural protections via confidentiality

order. The parties have consented to the terms of the protective order, attached as **Exhibit A**.

Accordingly, Plaintiff requests that this motion be granted and that the Court execute and enter as an order of this Court the Consent Confidentiality Order attached hereto as **Exhibit A**, which Plaintiff also submits to the Court as the proposed order on this motion.

Respectfully submitted,

This 17th day of July, 2026      **ANDERSEN, TATE & CARR, P.C.**

/s/ Stephen Morrison
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Century Schoolbook, 13-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile