# EXHIBIT A

## <u>DECLARATION OF TERESA MAUREEN CABALLERO</u>

Teresa Caballero, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.    My name is Teresa Caballero. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Florida, where I am currently located.

2.    I lived at a hotel formerly branded as a Days Inn and located at 3585 Chamblee Tucker Road, Atlanta, Georgia. I lived there for about a year around 2005 to 2006 with my young son and dogs.

3.    I am familiar with at least one of the owners of the hotels. His last name was Patel and went by an American name, Mike. He had a relationship with a woman who also lived at the hotel. She used crack cocaine and was a prostitute.

4.    There were lots of prostitutes, pimps, and drugs at the Days Inn. It was a very sleezy hotel and living there was the worst time of my life. There were a lot of bad things that happened at the hotel. I saw people buying and using drugs on the property out in the open. People would constantly come to the hotel looking for a place to get high. I saw more than a dozen used condoms near the property. Even though I saw a lot of crime at the hotel, there were never police or security.

5.     I saw girls and women standing around the parking lot of the hotel in revealing clothing trying to pick up dates. They were dressed like prostitutes wearing shear clothes, short dresses, and lots of makeup. The owner, Mike, would provide empty rooms for prostitutes to use and get ready.

6.     When I live there someone slit my tires while my car was in the parking lot during broad daylight because I would not let her smoke crack in my hotel room. I reported it to the hotel staff and they didn't do anything about it. They didn't care. I called the police. Mike threatened to have my car towed after it was sitting there because I couldn't afford to fix it. I was forced to sell it to one of the girls that Mike appeared to be romantic with.

7.     Another time, someone broke down the door to my hotel room on a weekend night while I was at the hospital. The hotel staff didn't do anything about that crime.

8.     There was a lot of traffic going in and out of the rooms all day and night for sex and drugs. I noticed them walk past my room. Buyers would drive up, go to rooms for a short period of time, and leave.

9.     I have read this Declaration consisting of 9 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on March 26, 2026.

Signed by:

_____
D58620B0B4DA47D...

Teresa Caballero