# EXHIBIT B

## <u>DECLARATION OF JEREMY BOTTOMS</u>

Jeremy Bottoms, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Jeremy Bottoms.  I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein.  I freely give this declaration for use in this case.  This declaration was executed in the state of Georgia, where I am a resident.

2. I lived at the Motel 6 located at 2820 Chamblee Tucker Road, Atlanta, Georgia, 30341 from about December 2012 through about March 2013.

3. When I lived at the Motel 6, illegal drugs and prostitution were rampant at the hotel. I was often solicited to buy either sex or drugs when I walked around the property just by going to the snack machine or something similar.

4. There were tell-tale signs of sex being sold at the hotel, for example lots of traffic going in and out of the rooms all the time, night and day. The staff at the hotel would have seen the same traffic and women selling sex at the hotel that I did.

5. I came to know several of the girls who were selling sex at the hotel and they told me what they were doing and would have to come and go when their dates arrived.

6. I have read this Declaration consisting of 6 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on January 16, 2025.

Signed by:

_____
C99D4BB450DB4CC...

Jeremy Bottoms