# EXHIBIT C

## DECLARATION OF JESSE MILLER

Jesse Miller, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1.  My name is Jesse Miller. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Georgia, where I am currently located.

2.  I resided at the Motel 6, formerly located at 3585 Chamblee Tucker Road, Atlanta, Georgia, off and on for approximately one and a half years beginning in 2012. I was also employed as a grounds man and head of housekeeping while living at the Motel 6. My job included conducting maintenance, supervising cleaning, and checking on rooms.

3.  There were lots of prostitutes, pimps, and drugs at the Motel 6. I saw women in rooms or walking around at the Motel 6 wearing revealing clothing, like short dresses and makeup. Sometimes they picked up dates from a club down the street, from another guy bringing a date to the room, or from guys who saw them walking around the hotel. It was obvious prostitution was happening.

4.  You also knew that prostitution and pimping was happening because there were men who would rent multiple rooms or rent rooms for short period of

time. Often they were side-by-side and connecting rooms. The men wouldn't stay long and were always coming and going from these rooms.

5.  Hotel management knew there were safety and security problems at the hotel. They knew that drugs, prostitution, and crimes were happening. The hotel had security cameras and staff were able to see everything that was happening at the hotel on cameras or by walking around. One of the owners also ran another hotel nearby and would come and go from both locations. Management seemed to be entertained by it or ignored it. They joked about women being "hos" and "prostitutes." They didn't do anything about the prostitution or other crime at the property. They only cared about getting paid for the rooms. Hotel employees also would "flip rooms" for cash, renting them for short periods of time for an hour or less at a time.

6.  There was no training or policy about identifying the signs of sex trafficking or harms of prostitution at the hotel.

7.  Management had a policy to prevent guests or employees from calling the police. They didn't want attention at the hotel, especially from the police. They thought law enforcement presence would make people not rent a room. They wanted to handle any problems themselves.

8.      I have read this Declaration consisting of 8 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on March 25, 2026.

DocuSigned by:

4802890AE8B344F...

Jesse Miller