# EXHIBIT D

# DECLARATION OF QUA'SHANA PORTER

Qua'shana Porter, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Qua'shana Porter. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability. This declaration was executed in the state of Virginia, where I am currently located.

2. I stayed at the Motel 6 formerly located at 3585 Chamblee Tucker Road, Atlanta, Georgia, for about two years beginning around or after 2013. I lived there with my family. My mom's partner worked for the hotel as a maintenance worker.

3. The hotel was a bad place full of prostitutes, pimps, and drugs. The most drug and prostitution activity happened at night and picked up on the weekends. There were people constantly coming and going at the hotel to buy sex and drugs.

4. Pimps hung out around the hotel and rented a room for multiple girls. The girls would come out of the room the pimp rented. They would go down to a car where men were waiting or men would come up to the room where girls were waiting. I saw the girls and pimps exchange money and drugs at the hotel.

5.  The hotel was full of prostitutes, some women my age or younger, some older. Many of the women dressed in skimpy clothes, mini skirts, halter tops, and high heels.

6.  The girls would walk around the nearby Kroger and pool hall where they would pick up dates. It was obvious to anyone that saw it that they girls were being sold for sex.

7.  I saw random people pull up to the hotel all the time. They would go into a room and come out after a short period of time. There was also a lot of foot traffic going in and out of the rooms all day and night for sex and drugs.

8.  The hotel had a reputation with the staff for being littered with used condoms. I also saw used condoms all over the hotel property.

9.  It was obvious that there was a lot of commercial sex and drug activity at the hotel. Some of the staff at the hotel were involved in selling sex and drugs. The hotel and its management knew about it but didn't really do anything to stop it.

10. I have read this Declaration consisting of 10 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on April 10, 2026.

Signed by:

*Qua'Shana Porter*

C2245C8D34A54CE...

Qua'shana Porter