**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.H., | CIVIL ACTION NO. 1:26-cv-01430-VMC |
| Plaintiff, | |
| vs. | |
| CT Hotels, LLC, and Diplomat CT Hotels, LLC, | |
| Defendants. | |

**CONSENT CONFIDENTIALITY ORDER**

Plaintiff having requested documents pursuant to subpoena in the above-captioned action relating to the Office of the District Attorney for the DeKalb Judicial Circuit's (hereinafter the "DA") investigative file 17CR1163 pertaining to the case of State of Georgia v. Terrance Jones, on or about May 08, 2026, which documents relate to ongoing criminal actions. The DA has agreed to provide certain documents, and the parties to the above-style case have agreed to receive said documents, under the following conditions as outlined herein. All parties agree that such documents produced by the DA shall be treated as confidential pursuant to the following agreement.

**Consideration for Release of Document**

1.

Parties acknowledge the release of documents, pursuant to this Order, is in an ongoing case where criminal charges are pending. Ensuring that the documents that are presented are not widely disseminated is critical to ensure a fair trial for both the defendant(s) and the State of Georgia. Furthermore, in consideration of the release of said documents, Parties acknowledge that deposition or interviews of

detectives, law enforcement personnel, and investigators would potentially jeopardize the ongoing criminal case and, therefore, agree not to depose said individuals identified herein while the criminal case is pending, unless allowed to do so with the prior written consent of the DeKalb County District Attorney or by further Court order. The parties agree that the DeKalb County District Attorney shall have standing to object to any deposition of DeKalb County personnel, including law enforcement officers, in this proceeding.

### Designation of Confidential Documents

2.

This Consent Confidentiality Order shall apply to all items regardless of the medium, including but not limited to physical or digital documents, video files, audio files, CDs, DVDs and any other digital media file produced by the DA (hereinafter "DA Documents"), either voluntarily or in response to discovery, relating to the criminal investigation and prosecution of Terrance Jones 17CR1163 to Plaintiff and Defendants (the "Receiving Parties").

### Non-disclosure of Confidential Documents

3.

Any information or document produced as referenced in Paragraph 2 is subject to protection hereunder and pursuant to Federal Rule of Civil Procedure 26(c) as provided herein.  Except with the prior written consent of the DA or its respective counsel, or as hereinafter provided under this Consent Confidentilality Order, no information or document produced as referenced in Paragraph 2 pursuant to this Consent Confidentiality Order may be disclosed to any person except in the manner provided herein.

**Permissible Disclosures**

4.

It is agreed that documents may be disclosed (1) to the counsel of record and employees or agents of counsel of record for a party to this action, (2) to the parties, and (3) to the Court and officials of the Court involved in this litigation, including court reporters and any special masters appointed by the Court.

Such documents may also be disclosed to the following, referred to as "Additional Persons":

(a)     Persons noticed for depositions or designated as trial witnesses and,

(b)     Outside consultants, contractors, or experts retained for the purpose of assisting counsel in this litigation.

Each Additional Person given access to confidential information or documents shall be advised that the information is being disclosed pursuant to this Consent Confidentiality Order and may not be disclosed other than pursuant to the terms set forth herein.  Additionally, each Additional Person shall, prior to disclosure, execute the form labeled as "Agreement to be Bound by Consent Confidentiality Order" attached hereto as Exhibit A and thereby shall be bound to the terms of this Order. Copies of such executed forms shall be retained by counsel for the party making such necessary disclosure.

**Use of Confidential Information**

5.

Persons authorized under this Consent Confidentiality Order in paragraph 4 above who obtain access to documents may only use the information or documents for the purpose of preparation and trial of this lawsuit (including pre-trial and post-trial motions, appeals, and re-trials) but may not use such information for any other purpose or in any other lawsuit or proceeding.

6

-3-

All parties agree that counsel will, in good faith, pursuant to this Consent Confidentiality Order and prior to filing any document designated as confidential under this Consent Confidentiality Order, first move the Court pursuant to applicable federal and local rules to file such document under seal.

7.

All documents and materials produced by the DA to the Receiving Parties, pursuant to Paragraph 2 above, shall be used only in the course of the above-captioned proceedings and shall not be used or provided for use in any other litigation or proceedings.

8.

The documents and materials produced by the DA, pursuant to Paragraph 2 above, shall not be published orally, by copy, or by any other means to any person or entity other than as specified in this Consent Confidentiality Order unless provided by Court Order.

9.

After the final termination of this action, the restrictions on communication and disclosure provided for herein shall continue to be binding upon the Receiving Parties and their counsel and all other persons to whom documents or information contained therein have been communicated or disclosed pursuant to the provisions of this Consent Confidentiality Order or any other Order of the Court regarding said information.

10.

At the conclusion of this proceeding and any appeal therefrom being final:

(a) Counsel for the parties shall retrieve from the Court such DA Documents as the Court, in its discretion, permits and return them to the District Attorney's Office.

(b) All other Confidential Information and copies thereof in the possession or control of the parties shall be destroyed or returned to the Producing Party upon the Producing Party's request.

11.

Nothing in this Agreement shall constitute (1) a waiver by the DA of any objection to any discovery request in this or other action; (2) a waiver by the DA of any claim of immunity or privilege with regard to any testimony, documents, attorney, advocate or investigative work product or information; or (3) an admission by DA that any document, testimony or information is relevant to any issue in the above- referenced action.

**Responsibility of Counsel**

12.

The Receiving Parties' counsel of record is responsible for employing reasonable measures, consistent with this Consent Confidentiality Order, to control the disclosure of duplication of, access to, and distribution of confidential information and documents.

SO ORDERED, this __23rd__ day of July 2026.

_____
Honorable Victoria M. Calvert
United States District Judge

**CONSENTED TO BY:**


 _/s/ Stephen Morrison_____
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900
**Counsel for Plaintiff J.H.**

  /s/  Kori Wagner (signed by permission)
SWIFT, CURRIE, McGHEE & HIERS
Kori E. Wagner
Georgia State Bar No. 155438
Marissa H. Merrill
Georgia State Bar No. 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.888.6162
Fax: 404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com
**Counsel for Defendants CT Hotels, LLC,
and Diplomat CT Hotels, LLC**


  /s/  Rupal Vaishnav (signed by permission)
Rupal Vaishnav, Esq.
Bar No. 723157
General Counsel / Deputy Chief ADA
Office of the District Attorney
For the DeKalb Judicial Circuit
556 N. McDonough St., Ste 700
Decatur, GA  30030
*rdvaishnav@dekalbcountyga.gov*
**Counsel for non-party DeKalb County District Attorney**

-6-

## EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

J.H.

      Plaintiff,

    vs.

Embry Villages S.C. LLC; CT Hotels, LLC
and Diplomat CT Hotels, LLC

    Defendants.

CIVIL ACTION NO. 1:26-cv-01430-VMC

.

## AGREEMENT TO BE BOUND BY CONSENT CONFIDENTIALITY ORDER WITH REGARD TO CONFIDENTIALITY OF DA DOCUMENTS

_____ who maintains his/her

address at: _____ and is employed by

_____, hereby acknowledges that he/she has

read the Consent Confidentiality Order with Regard to Confidentiality of DA Documents on

_____ in  the above-styled action and agrees to be bound by said Order.

**AGREED TO:**

_____         _____
**Date**                                           **Signature**

                                             _____
                                               **Printed Name**