## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| J. H. v. CT Hotels, LLC et al | Civil Action No. |
| | 1:26-cv-01430-VMC |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

| | |
|---|---|
| **Discovery Track:** | 10 months |
| **Discovery Commences:** | 7/30/2026 |
| **Discovery Ends:** | 6/1/2027 |
| **Summary Judgment:** | 7/1/2027 |

It is **FURTHER ORDERED** that expert disclosures under Fed. R. Civ. P. 26(a)(2) be completed by the following deadlines:

- Affirmative Experts (for which the disclosing party bears the burden of proof): 60 days before close of discovery.
- Rebuttal Experts: 30 days before close of discovery.

**SO ORDERED** July 31, 2026.

_____
VICTORIA MARIE CALVERT,
UNITED STATES DISTRICT JUDGE