**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.H.,<br><br>Plaintiff,<br><br>v.<br><br>CT HOTELS, LLC; *and* DIPLOMAT CT HOTELS, LLC,<br><br>Defendants. | No. 1:26-cv-01430-VMC |

## NOTICE OF CORRECTION/CLARIFICATION

Plaintiff needs to correct an inadvertent misrepresentation in her opposition to Defendants' motion to dismiss (Doc. 33). While preparing her motion for leave to amend (necessary only if the Court grants Defendants' motion to dismiss (Doc. 25) in whole or part), Plaintiff realized that her opposition mistakenly represented that a witness's declaration related to experiences at Defendants' Motel 6 formerly located at 3585 Chamblee Tucker Road in Atlanta, Georgia. That declaration was attached as Exhibit B (Doc. 33-2). Exhibit B, however, related to that witness's experience at a nearby Motel 6 located about two miles away but also on Chamblee Tucker Road. After finding that mistake, Plaintiff counsel's commitment to candor to the Court compels this correction/clarification.

This mistaken representation does not affect either the substance of Plaintiff's arguments or the other facts and allegations underpinning her opposition. Exhibit B was one of several declarations that demonstrated the rampant illicit and dangerous activity, including sex trafficking, at Defendants' Motel 6. The other declarations, Exhibits A (Doc. 33-1), C (Doc. 33-3), and D (Doc. 33-4), accurately relayed testimony from witnesses of the sex and drug crimes, among other dangerous and illicit conditions, that Defendants tolerated and facilitated at their Motel 6. Moreover, the substance of Exhibit B bolsters Plaintiff's allegations that Defendants maintained a nuisance under Georgia law and are properly subject to suit under 18 U.S.C. § 2255 (Masha's law). Plaintiff has reason to believe that the witness also stayed at Defendants' Motel 6 around 2012. There, he witnessed prostitution consonant with what he observed (and declared to in Exhibit B) at the 2820 Chamblee Tucker Road Motel 6. Plus, he was solicited by a prostitute at Defendants' Motel 6. Plaintiff also suspects that the two Motel 6s on Chamblee Tucker Road may have shared workers or been otherwise connected.

That said, Plaintiff misrepresented the content of the witness's declaration in Exhibit B to her opposition. With this notice, she corrects that mistake.

[*Signature on following page.*]

Respectfully submitted,

This 26th day of August, 2026.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Stephen Morrison*

STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard,
Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

This 26th day of August, 2026.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served the foregoing NOTICE OF CORRECTION/CLARIFICATION to counsel of record by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this case.

Marissa H. Merrill
Kori E. Wagner
Tracy A. Gilmore
Swift, Currie, McGhee & Hiers
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309
*Attorneys for Defendants*

This 26th day of August, 2026.

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Stephen Morrison*
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
*Attorney for Plaintiff*