IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.H.,<br><br>Plaintiff,<br><br>v.<br><br>CT HOTELS, LLC and DIPLOMAT CT HOTELS, LLC,<br><br>Defendant. | : | CIVIL ACTION<br><br>FILE NO.: 1:26-cv-01430-VMC |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that on August 27, 2026, I served true and correct copies of the following:

1. **Defendant CT Hotels, LLC's First Set of Continuing Interrogatories to Plaintiff J.H.; and**

2. **Defendant CT Hotels, LLC's First Request for Production of Documents to Plaintiff J.H.;**

amongst all parties via electronic transmission and electronically file this Certificate of Service of Discovery with the Clerk of the Court using the CM/ECF which will send notification to all counsel of record.

*(Signature on the following page)*

This 27th day of August, 2026.

**SWIFT, CURRIE, McGHEE & HIERS**

By: */s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: 404.888.6191
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman font, 14 points, and complies with Local Rule 5.1(C) of the Northern District of Georgia.

This 27th day of August, 2026.

**SWIFT, CURRIE, McGHEE & HIERS**

By: */s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: 404.888.6191
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4896-6123-0539, v. 1