**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

J.H.,

Plaintiff,

v.

CT HOTELS, LLC *and* DIPLOMAT CT HOTELS, LLC,

Defendants.

**No. 1:26-cv-01430-VMC**

## CERTIFICATE OF SERVICE

This is to certify that on September 21, 2026, undersigned counsel for Plaintiff served a true and correct copy of Plaintiff's First Request for Admission to Defendant CT Hotels, LLC; Plaintiff's First Continuing Interrogatories to Defendant CT Hotels, LLC; Plaintiff's First Request for Production of Documents to Defendant CT Hotels, LLC; Plaintiff's First Request for Admission to Defendant Diplomat CT Hotels, LLC; Plaintiff's First Continuing Interrogatories to Defendant Diplomat CT Hotels, LLC; and Plaintiff's First Request for Production of Documents to Defendant Diplomat CT Hotels, LLC upon all counsel of record via electronic mail.

Respectfully submitted on September 21, 2026.

[*Signature on following page.*]

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

**CERTIFICATE OF COMPLIANCE**

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen Morrison*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile