IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.H., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | FILE NO.: 1:26-cv-01430-VMC |
| CT HOTELS, LLC and DIPLOMAT CT HOTELS, LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Rule 5.4 of the Local Civil Rules, the undersigned does hereby certify that on October 21, 2026, I served true and correct copies of the following:

1. ***Defendant CT Hotels, LLC's Responses and Objections to Plaintiff's First Continuing Interrogatories with Verification;***
2. ***Defendant CT Hotels, LLC's Responses and Objections to Plaintiff's First Requests for Admissions;***
3. ***Defendant CT Hotels, LLC's Responses and Objections to Plaintiff's First Requests for Production of Documents;***
4. ***Defendant Diplomat CT Hotels, LLC's Responses and Objections to Plaintiff's First Continuing Interrogatories;***
5. ***Defendant Diplomat CT Hotels, LLC's Responses and Objections to Plaintiff's First Requests for Admissions; and***
6. ***Defendant Diplomat CT Hotels, LLC's Responses and Objections to Plaintiff's First Requests for Production of Documents***

amongst all parties via electronic transmission and electronically file this Certificate of Service of Discovery with the Clerk of the Court using the CM/ECF which will send notification to all counsel of record.

This 22nd day of October, 2026.

**SWIFT, CURRIE, McGHEE & HIERS**

By: *<u>/s/ Marissa M. Hensley</u>*
Kori E. Wagner
Georgia Bar No. 155438
Marissa Merrill Hensley
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: 404.888.6191
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.hensley@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in Times New Roman font, 14 points, and complies with Local Rule 5.1(C) of the Northern District of Georgia.

This 22nd day of October, 2026.

**SWIFT, CURRIE, McGHEE & HIERS**

By: */s/ Marissa M. Hensley*
Kori E. Wagner
Georgia Bar No. 155438
Marissa Merrill Hensley
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Tel: 404.888.6191
Fax: 404.888.6199
Kori.wagner@swiftcurrie.com
Marissa.hensley@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4932-7087-6379, v. 1