**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.H.,<br><br>Plaintiff,<br><br>v.<br><br>CT HOTELS, LLC and DIPLOMAT CT HOTELS, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:26-cv-01430-VMC |

**NOTICE OF DEPOSITION OF**
**ALKA PATEL**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure and to the full extent permitted by all applicable rules of procedure and evidence, Counsel for Plaintiff will take the deposition of **ALKA PATEL.** The deposition will take place on **November 17, 2026, at 1:00 p.m. ET**, and will be conducted in person at **Andersen, Tate, & Carr; 1960 Satellite Boulevard, Suite 4000, Duluth, GA 30097**, or at another location or by other means agreed to in writing. The deposition will be taken under cross examination before an officer duly authorized to administer oaths, by stenographic and/or videographic means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed.

Respectfully submitted this 9th day of November, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen D. Morrison, III.*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Stephen D. Morrison, III.*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
STEPHEN D. MORRISON, III
Georgia Bar No. 700828
smorrison@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile